# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Wilson v. Ventriglia<br><br>Case Below:<br>172 N.C. App. 175 | No. 501P05 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA04-885)<br><br>2.  Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>10/06/05<br><br>2. Dismissed as moot<br>10/06/05 |
| Yallum v. Hammerle<br><br>Case Below:<br>172 N.C. App. 175 | No. 513P05 | Plts' Motion for NOA (COA04-1622) | Denied<br>10/06/05 |
| Zbytnuik v. ABF Freight Sys., Inc.<br><br>Case Below:<br>173 N.C. App. 236 | No. 162P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-118-2) | Denied<br>10/06/05 |